(114 App. Div. 826)

PEOPLE v. RAND.

(Supreme Court, Appellate Division, Second Department. July 24, 1906.)

INTOXICATING LIQUORS—KEEPING OPEN ON SUNDAY.

> Where defendant's saloon was open on Sunday, and he and his barkeeper were both there, and the customer came in and bought beer, a conviction was justified, though defendant did not personally escort the customer into the barroom.
>
> [Ed. Note.—For cases in point, see vol. 29, Cent. Dig. Intoxicating Liquors, § 158.]

Appeal from Court of Special Sessions of City of New York.

Adolph Rand was convicted of keeping his saloon open on Sunday, and appeals. Affirmed.

Argued before HIRSCHBERG, P. J., and HOOKER, GAYNOR, RICH, and MILLER, JJ.

Moses Weimann (Louis Malthaner, on the brief), for appellant.

Peter P. Smith, for the People.

HIRSCHBERG, P. J.  The defendant has been convicted in this case, as the holder of a liquor tax certificate, for admitting to the room where liquors were sold persons other than members of his family on Sunday.  The evidence is amply sufficient to justify his conviction, but his counsel appears to think that because he did not personally escort the customer into the barroom he did not admit him under the law.

This contention, of course, cannot prevail.  The place was open on Sunday.  The defendant and the barkeeper both were there.  The customer came in and bought the lager beer, and the defendant consequently, in the legal as well as in the ordinary sense, admitted him to the room.

I recommend that the judgment of conviction be affirmed.  All concur.